## McNEELY v. RAILWAY CO.

No. 81 PC.

Case below: 19 N.C. App. 502.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


## ROSSER v. WAGON WHEEL, INC.

No. 80 PC.

Case below: 19 N.C. App. 507.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


## STATE v. BASDEN

No. 89 PC.

Case below: 19 N.C. App. 258.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


## STATE v. BLAND

No. 83 PC.

Case below: 19 N.C. App. 560.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


## STATE v. BUNN

No. 79 PC.

Case below: 19 N.C. App. 582.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973. Motion of Attorney General to dismiss appeal allowed 4 December 1973.